826

No. 242. Standard Asbestos Manufacturing & Insulating Co., Inc., et al. v. Commissioner of Internal Revenue. C. A. 8th Cir. Certiorari denied. *Walter A. Raymond* and *Kenneth C. West* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice* and *A. F. Prescott* for respondent.

No. 244. Ntovas v. Ahrens, District Director, Immigration and Naturalization Service. C. A. 7th Cir. Certiorari denied. *F. Raymond Marks, Jr.* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Robert G. Maysack* for respondent.

No. 245. Smith, Administrator, v. Sperling et al. C. A. 9th Cir. Certiorari denied. *Herman H. Levy* and *Geo. C. Lyon* for petitioner. *Oliver B. Schwab, Harold S. Kant, Ralph E. Lewis, Eugene D. Williams* and *H. R. Kelly* for respondents.

No. 247. Goett, Administratrix, v. Union Carbide Corp. et al. C. A. 4th Cir. Certiorari denied. *Ernest Franklin Pauley, S. Eldridge Sampliner* and *Harvey Goldstein* for petitioner.

No. 250. Freeland et al. v. Sun Oil Co. et al. C. A. 5th Cir. Certiorari denied. *Victor A. Sachse* for petitioners. *Cullen R. Liskow* for respondents.

No. 232. Popeil Brothers, Inc., v. Zysset et al. C. A. 7th Cir. Certiorari denied. *Will Freeman* and *George B. Christensen* for petitioner. *Albin C. Ahlberg* and *Warren C. Horton* for respondents.